1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GLEN L. STOUT,                          No.  2:13-cv-1418 AC

12              Plaintiff,

13        v.                                 <u>ORDER</u>

14   CAROLYN W. COLVIN, Acting
     Commissioner of Social Security,
15
                Defendant.
16

17        Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma

18   pauperis.  Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is

19   unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in

20   forma pauperis will be granted.  28 U.S.C. § 1915(a).

21        In accordance with the above, IT IS HEREBY ORDERED that:

22        1.  Plaintiff's request to proceed in forma pauperis is granted.

23        2.  The Clerk of the Court is directed to serve the undersigned's scheduling order in social

24   security cases.

25        3.  The Clerk of the Court is further directed to serve a copy of this order on the United

26   States Marshal.

27        4.  Within fourteen days from the date of this order, plaintiff shall submit to the United

28   States Marshal a completed summons and copies of the complaint and file a statement with the

                                            1

1    court that said documents have been submitted to the United States Marshal.

2         5.  The United States Marshal is directed to serve all process without prepayment of costs

3    not later than sixty days from the date of this order.  Service of process shall be completed by

4    delivering a copy of the summons and complaint to the United States Attorney for the Eastern

5    District of California, and by sending a copy of the summons and complaint by registered or

6    certified mail to the Attorney General of the United States at Washington, D.C.  See Fed. R. Civ.

7    P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and complaint by

8    registered or certified mail to the Commissioner of Social Security, c/o Office of General

9    Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA  94105-1545.  See Fed. R.

10   Civ. P. 4(i)(2).

11   DATED: August 19, 2013

12

13   _____

14   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

15

16

17
     /mb;stou1418.ifp
18

19

20

21

22

23

24

25

26

27

28

2