BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| GLEN L. STOUT,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:13-cv-01418-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 45 days, to April 4, 2014, for Defendant to file her Opposition to Plaintiff Motion for Summary Judgment or a Stipulation to Voluntary Remand, according to the Court's Scheduling Order ("Order").  The parties are engaged in active settlement negotiations.  Defendant's counsel respectfully requests this extension in order to conduct extended negotiations for settlement.

    Should Defendant file ultimately her Opposition to Plaintiff Motion for Summary Judgment rather than a Stipulation to Voluntary Remand, the parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stipulation to Extend; 2:13-cv-01418-AC -1-

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: *February 18, 2014* | Law Office of Elizabeth Gade, Inc. |

By: <u>/s/ Stephen A. Valizan*</u>
STEPHEN A. VALIZAN
*By telephonic authorization

Attorney for Plaintiff

Date: *February 18, 2014*          BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

By:   <u>*/s/ Paul Sachelari*</u>
PAUL SACHELARI
Special Assistant United States Attorney
Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: February 18, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation to Extend; 2:13-cv-01418-AC -2-