BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8933
    Facsimile: 415-744-0134
    Email: paul.sachelari@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| GLEN L. STOUT, | ) | |
| | ) | |
|     Plaintiff, | ) | Civil No. 2:13-cv-01418-AC |
| | ) | |
|     v. | ) | **STIPULATION TO VOLUNTARY** |
| | ) | **REMAND AND PURSUANT TO SENTENCE** |
| | ) | **FOUR OF 42 U.S.C. § 405(g) AND TO** |
| CAROLYN W. COLVIN, | ) | **ENTRY OF JUDGMENT;** |
| Acting Commissioner of | ) | **ORDER** |
| Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

    THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, that Defendant has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

    Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to further evaluate the medical opinions of record, and explain the weight he or she assigns to each.  Furthermore, the ALJ will re-evaluate the nature and severity of Plaintiff's mental impairments.  The ALJ will also consider all of Plaintiff's impairments, including poly-substance abuse, and if the ALJ finds Plaintiff disabled, determine whether

Stip. To Remand; 2:13-cv-01418-AC          1

poly-substance abuse is material to the disability determination.  Finally, the ALJ will take any other actions he or she deems necessary to make a decision.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

Respectfully submitted,

Date:   April 2, 2014          LAW OFFICE OF ELIZABETH GADE

*/s/ Stephen Anthony Valizan\**
STEPHEN ANTHONY VALIZAN
(*\* by email authorization*)

Attorney for Plaintiff

Date:   April 2, 2014          BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

BY:    */s/ Paul Sachelari*
PAUL SACHELARI
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED:  April 2, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE